| PROOF OF SERVICE | SUMMONS AND COMPLAINT<br>Case No. 2012- 4691 -CH |
|---|---|

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

| ☐ **OFFICER CERTIFICATE** | OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2), and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I served personally a copy of the summons and complaint,

☒ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,
together with  a motion and brief requesting prliminary injunctive relief, a Request for Hearing on a Motion, and an order
List all documents served with the Summons and Complaint

on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| Unknown Trust<br>c/o JPMorgan Mortgage Acquisition<br>Corporation, as Trustee | 270 Park Avenue<br>Manhattan, New York, NY 10017 | 10-23-12 |
| | | |

☐ I have personally attempted to serve the summons and complaint, together with any attachments on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

| Service fee | Miles Traveled | Mileage fee | Total fee | Signature |
|---|---|---|---|---|
| $ | | $ | $ | |

Title

Subscribed and sworn to before me on  10-31-12 , acting in Macomb County, Michigan.
Date

My commission expires: 8-26-17    Signature: Melissa Henley
Date                                                    Deputy court clerk/Notary public

Notary public, State of Michigan, County of  Wayne

MELISSA HENLEY
Notary Public, State of Michigan
County of Wayne
My Commission Expires Aug. 26, 2017
Acting in the County of Macomb

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with: _____
Attachments

on _____ 
    Day, date, time

_____ on behalf of _____

Signature

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Unknown Trust<br>c/o JPMorgan Mortgage Acquisition Corporation, as Trustee<br>Attention: Director, trustee, or person in charge<br>270 Park Avenue<br>Manhattan, New York, NY 10017 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>JPMorgan Chase & Co.<br>Received<br>OCT 23 2012<br>Mail Services 270 Park Ave<br>New York NY | |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☑ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 2970 0000 1720 7606 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box -

Gantz Associates (Buterbaugh)
27750 Middlebelt Rd, Ste 100
Farmington Hills, MI 48334