UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL 12-14763

BUTERBAUGH V. SELENE FINANCE L, ET.AL

**NOTICE REGARDING MOTION PRACTICE**

The following motion(s) has been filed with the Court:
DEFENDANTS' MOTION TO DISMISS

The Court reminds counsel and the parties of the provisions of Local Rule 7.1, particularly 7.1(e) which provides:

Briefing Schedule.
(1) Dispositive Motions.
(A) Dispositive motions are:
for injunctive relief,
for judgment on the pleadings,
for summary judgment
to dismiss or quash an indictment or information made by a defendant,
to suppress evidence in a criminal case,
to certify or decertify a class,
to dismiss for failure to state a claim upon which relief can be granted, and
to involuntarily dismiss an action.

(B) <u>A response to a dispositive motion must be filed within 21 days</u> after service of the motion.

(C) If filed, <u>a reply brief supporting a dispositive motion must be filed within 14 days</u> after service of the response, but not less than 3 days before oral argument.

(2) Nondispositive Motions:
(A) Nondispositive motions are motions not listed in LR7.1(d)(1)(A).

(B) <u>A response to a nondispositive motion must be filed within 14 days</u> after service of the motion.

(C) If filed, <u>a reply brief supporting a nondispositive motion must be filed within 7 days</u> after service of the nondispositive response, but not less than3 days before oral argument.